BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00283 AWI |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| CRUZ SORIA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, August 25, 2014, at 1:00 p.m.

2. By this stipulation, the parties move to continue the hearing date until September 22, 2014, at 1:00 p.m. and to exclude time between August 25, 2014, and September 22, 2014. The parties will set a trial date on September 22 if a resolution cannot be reached. Resolution has been complicated by a myriad of changing sentencing factors.

3. The parties agree and stipulate, and request that the Court find the following:

    a.    The defense needs additional time to resolve this matter and/or conduct further investigation. The government has provided a plea offer to the defendant.

    b.    Counsel for the government is unavailable on August 25, 2014, due to the death of a family member.

    c.    The parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective resolution and/or case preparation, taking into account the exercise of due diligence, and would deny continuity of counsel for the government.

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2014, to September 22, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

////

////

IT IS SO STIPULATED.

DATED: August 21, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: August 20, 2014.

/s/ Mark Coleman
MARK COLEMAN
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED that the 13th Status Conference is continued from August 25, 2014 to September 22, 2014 at 1:00PM before Judge McAuliffe. Time excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). No further continuances will be granted. A trial date will be selected at the next conference.

IT IS SO ORDERED.

Dated: **August 21, 2014**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE